UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

BARBARA JEAN HUNT,

   Debtor.
_____/

Case No. 19-53552
Chapter 7
Hon. Phillip J. Shefferly

BARBARA JEAN HUNT,

   Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION, and
EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

   Defendants.
_____/

Adversary Proceeding
Case No. 20-04097

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, the Plaintiff's First Set of Interrogatories Directed Debtor/Defendant Barbara Jean Hunt and Plaintiff's First Request for Production of Documents Directed to Debtor/Defendant Barbara Jean Hunt were electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties having

entered an appearance.

Dated: June 8, 2020                    MATTHEW SCHNEIDER
                                       United States Attorney

                                       /s/John Postulka
                                       JOHN POSTULKA (P71881)
                                       Assistant U.S. Attorney
                                       211 W. Fort Street, Suite 2001
                                       Detroit, Michigan  48226
                                       Phone: (313) 226-9118
                                       Email: john.postulka2@usdoj.gov